IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PROGRESSIVE CASUALTY INSURANCE CO.                           PLAINTIFF

v.                                    Case No. 05-2092

RUSSELL LAYTON;
PUCKETT MACHINERY COMPANY;
WEDLAKE FABRICATING, INC.;
J&R ESCORT SERVICE, L.L.C.; and
FIREMAN'S FUND INSURANCE COMPANY                          DEFENDANTS

## ORDER

Now on the 23rd day of May, 2006, comes on for consideration plaintiff's **Motion for Default Judgment Against Wedlake Fabricating, Inc. (doc. 35)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. The plaintiff, Progressive Casualty Insurance Co. ("Progressive"), originally filed this action on June 20, 2005 against defendants Russell Layton and Pacesetter Trucking Company, Inc. An Amended Complaint (doc. #25) was filed on February 22, 2006 naming as defendants Layton, Puckett Machinery Company, Wedlake Fabricating, Inc. ("Wedlake"), J&R Escort Service, L.L.C., and Fireman's Fund Insurance Company. The

1

Amended Complaint seeks a declaratory judgment as to whether Progressive's insurance policy, issued to Russell Layton, covers an accident involving Layton and claims make by Layton, Puckett Machinery Company, Wedlake Fabricating, Inc., J&R Escort Service, L.L.C. and Fireman's Fund Insurance Company with respect to that accident.

2. As evidenced by an Affidavit of Service (doc. # 32) filed with this Court on March 16, 2006, Wedlake was served with the Amended Complaint on March 6, 2006.

3. Wedlake has failed to answer or otherwise respond to Progressive's complaint.

4. A Notice of Default Procedures (doc. #36) against Wedlake was entered by the Clerk of the Court on April 21, 2006; and, following entry of an Affidavit in Support of Default (doc. #37), Default (doc. #38) was entered against Wedlake on April 28, 2006.

5. Progressive now moves for default judgment against Wedlake.

6. Due to Wedlake's failure to respond, it is in default pursuant to Rule 55 of the Federal Rules of Civil Procedure. Therefore, Progressive's motion should be **granted** and judgment should be, and hereby is, entered against Wedlake, and in favor

of Progressive, finding no coverage under the Progressive policy for any claims made by Wedlake, or any of its agents or assigns.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
UNITED STATES DISTRICT JUDGE