IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PROGRESSIVE CASUALTY
INSURANCE CO.                                            PLAINTIFF

   vs.           CASE No. 05-2092

RUSSELL LAYTON                                           DEFENDANT

## J U D G M E N T

Now on this 3rd day of November, 2006, for the reasons set forth in a Memorandum Opinion entered contemporaneously herewith, the Court enters judgment as follows:

* Plaintiff's **Motion for Summary Judgment (Doc. 57)** against Defendant Russell Layton is **GRANTED**.

* A declaratory judgment is hereby entered against Layton declaring that the policy of insurance issued to Layton affords no coverage for any claims made by him arising out of the accident at issue in this action, and that Progressive has no duty to defend or indemnify Layton in any suit arising out of this accident.

IT IS SO ORDERED AND ADJUDGED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE